ORDERED UNSEALED on 01/29/2026 s/ andreasar

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>IAN SEFCHOVICH,<br>Defendant. | Case No.: 26-mj-00443<br><u>COMPLAINT FOR VIOLATION OF</u>:<br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

COUNT ONE

On or about January 14, 2026, within the Southern District of California, defendant IAN SEFCHOVICH knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce; in violation of Title 18, United States Code, Section 922(g)(1).

BYRON BRANCH
DEPUTY UNITED STATES MARSHAL

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 28th day of January 2026.

HON. BRYAN J. WHITE
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 14, 2026, at approximately 3:20 p.m., Officers with the San Diego Police Department observed a Honda Civic bearing California License Plate 8KFK052 arrive at a gas station near 3500 National Avenue, which is within the Southern District of California. A query of the Honda's license plates revealed Ian SEFCOVICH had previously been contacted in the car. A query of Ian SEFCHOVICH revealed he had an active federal arrest warrant for violation of supervised release. Police viewed a photo of SEFCHOVICH from a prior arrest for a narcotics violation.

Officers then observed SEFCHOVICH exit the Honda and confirmed his appearance matched the booking photo shown during their records searches. SEFCHOVICH was also the driver and sole occupant of the Honda. Police positioned their patrol car behind the Honda and initiated their emergency lights in an attempt to stop SEFCHOVICH and detain him on the active federal arrest warrant. SEFCHOVICH did not yield to police. Instead, SEFCHOVICH ran on foot and jumped a fence leading to an embankment next to the northbound lanes of the 15 freeway. Police pursued SEFCHOVICH across the freeway and over the fence on the opposite embankment, where he was arrested by other responding police.

A search of SEFCHOVICH revealed a single round of 9mm ammunition in his right shorts pocket. Police retraced the path of SEFCHOVICH's flight and found a semiautomatic .40 caliber Smith & Wesson firearm loaded with one spent 9mm round and two unspent 9mm rounds. A camera worn by a policeman that pursued SEFCHOVICH shows SEFCHOVICH discard the Smith & Wesson firearm in the location where it was later recovered by police.

Records checks on SEFCHOVICH revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
|---|---|---|---|
| 8/1/2022 | U.S. District Court Southern District of California | 21 U.S.C. §952 – Importation of a Controlled Substance (Felony) | 60 Months Prison |

The firearm was seized and inspected. Preliminary checks revealed that the firearm was not manufactured in California and therefore traveled in interstate commerce to arrive in California.

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.